# United States Court of Appeals
## For the First Circuit

_____

Nos.  25-1212
      25-1213

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION,

Plaintiff - Appellant/Cross - Appellee,

JERRY LEEMAN,

Plaintiff,

v.

HOWARD LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; EMILY MENASHES, in the official capacity as Acting Assistant Administrator for Fisheries at NMFS; SAMUEL D. RAUCH, III, in the official capacity as Deputy Assistant Administrator for Regulatory Programs at NMFS,

Defendants - Appellees/Cross - Appellants.
_____

**ORDER OF COURT**

Entered: August 14, 2025
Pursuant to 1st Cir. R. 27.0(d)

    The principal and response brief filed by appellees/cross-appellants Howard Lutnick, Emily Menashes, National Marine Fisheries Service, and Samuel D. Rauch, III on August 4, 2025, is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 28.1(d) and 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). *<u>The caption on the appellees/cross-appellants' brief does not match the caption used by this court.</u>*

    Appellees/cross-appellants Howard Lutnick, Emily Menashes, National Marine Fisheries Service, and Samuel D. Rauch, III are ordered to file a conforming brief by **August 21, 2025**. The corrected brief must be served on all parties to the cross-appeals, and the certificate of service must be updated to include the new date of service. The due date for appellant/cross-appellee's response and reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 28.1.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John G. Osborn
John Edward Bies
Frederick Harter Turner
Lindsay Feinberg
John M. Gore
John Henry Thompson