# United States Court of Appeals
## For the First Circuit

Nos. 25-1212
     25-1213

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION,

Plaintiff - Appellant/Cross - Appellee,

JERRY LEEMAN,

Plaintiff,

v.

HOWARD LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; EMILY MENASHES, in the official capacity as Acting Assistant Administrator for Fisheries at NMFS; SAMUEL D. RAUCH, III, in the official capacity as Deputy Assistant Administrator for Regulatory Programs at NMFS,

Defendants - Appellees/Cross - Appellants.

**ORDER OF COURT**

Entered: August 14, 2025
Pursuant to 1st Cir. R. 27.0(d)

On August 11, 2025, Seafood Harvesters of America filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). Additionally, Attorney J. Timothy Hobbs must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief and appearance form must be filed no later than **August 21, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John G. Osborn, John Edward Bies, Frederick Harter Turner, Lindsay Feinberg, John M. Gore, John Henry Thompson, J. Timothy Hobbs Jr.