# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1213     **Short Title:** NEFSA v. Lutnick

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Seafood Harvesters of America                                            as the

[ ] appellant(s)         [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ J. Timothy Hobbs
Signature

August 14, 2025
Date

J. Timothy Hobbs
Name

K &L Gates LLP
Firm Name (if applicable)

(615) 514-1811
Telephone Number

501 Commerce Street, Suite 1500
Address

Fax Number

Nashville, TN 37203
City, State, Zip Code

tim.hobbs@klgates.com
Email (required)

Court of Appeals Bar Number: 1215961

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).